# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: **Giambalvo v. New York**    Docket No.: **23-208**

Lead Counsel of Record (name/firm) or Pro se Party (name): **Arlene S. Zwilling Assistant County Attorney**

Appearance for (party/designation): **Defendant-Appellees County of Suffolk sued as "Suffolk County, New York", Rodney Harrison, Michael Komorowski, Eric Bowen, William Scrima, William Walsh and Thomas Carpenter**

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect. Please change the following parties' designations:
    Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: Arlene S. Zwilling, Assistant County Attorney
Firm: Suffolk County Department of Law
Address: 100 Veterans Memorial Highway, Hauppauge, New York 11788
Telephone: 631-853-4055    Fax: 631-853-8341
Email: arlene.zwilling@suffolkcountyny.gov

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on **January 30, 2020** OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: **/s/ Arlene S. Zwilling**
Type or Print Name: Arlene S. Zwilling, Assistant County Attorney
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.