## CA02db Intake

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Thursday, February 16, 2023 10:33 AM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 2:22-cv-04778-GRB-ST Giambalvo et al v. New York et al Electronic Index to Record on Appeal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 2/16/2023 at 10:32 AM EST and filed on 2/16/2023
**Case Name:**      Giambalvo et al v. New York et al
**Case Number:**    2:22-cv-04778-GRB-ST
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Electronic Index to Record on Appeal sent to US Court of Appeals. [41] Notice of Interlocutory Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (DC)**


**2:22-cv-04778-GRB-ST Notice has been electronically mailed to:**

Arlene S. Zwilling     arlene.zwilling@suffolkcountyny.gov, Cheryl.Darcangelo@suffolkcountyny.gov, asuzwi@gmail.com, cedtorts@gmail.com, courtalert@suffolkcountyny.gov, susan.flynn@suffolkcountyny.gov

Patricia M. Hingerton     Patricia.Hingerton@ag.ny.gov

Amy L. Bellantoni     abell@bellantoni-law.com

Robert Edward Morelli     robert.morelli@ag.ny.gov

**2:22-cv-04778-GRB-ST Notice will not be electronically mailed to:**

APPEAL,ACO

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:22−cv−04778−GRB−ST

| | |
|---|---|
| Giambalvo et al v. New York et al | Date Filed: 08/15/2022 |
| Assigned to: Judge Gary R. Brown | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Steven Tiscione | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

Zachary Giambalvo      represented by **Amy L. Bellantoni**
The Bellantoni Law Firm, PLLC
2 Overhill Road
Suite 400
Scarsdale, NY 10583
914−367−0090
Fax: 888−763−9761
Email: abell@bellantoni−law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

John Mougios      represented by **Amy L. Bellantoni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Shane Mashkow      represented by **Amy L. Bellantoni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kevin McLaughlin      represented by **Amy L. Bellantoni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael McGregor      represented by **Amy L. Bellantoni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Frank Melloni      represented by **Amy L. Bellantoni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renaissance Firearms Instruction, Inc.**
*and all similarly situated individuals*      represented by **Amy L. Bellantoni**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Suffolk County New York      represented by **Arlene S. Zwilling**
Suffolk County Attorney
P.O. Box 6100
H. Lee Dennison Building−Fifth Floor

        100 Veterans Memorial Highway
Hauppauge, NY 11788–0099
(631)853–4049
Fax: (631)853–5833
Email: arlene.zwilling@suffolkcountyny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Police Commissioner Rodney Harrison**
*in his Official Capacity*

represented by **Arlene S. Zwilling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Komorowski**
*Individually*

represented by **Arlene S. Zwilling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eric Bowen**
*Individually*

represented by **Arlene S. Zwilling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Scrima**
*Individually*

represented by **Arlene S. Zwilling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Walsh**
*Individually*

represented by **Arlene S. Zwilling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1–5**
*Individually*

**Defendant**

**Jane Does 1–5**
*Individually*

**Defendant**

**Thomas Carpenter**
*Individually*

represented by **Arlene S. Zwilling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Superintendent Steven Nigrelli**
*Acting Superintendent of the New York
State Police, in his Official Capacity*

represented by **Patricia M. Hingerton**
NYS Office of the Attorney General
300 Motor Parkway
Suite 230
Hauppauge, NY 11788
631–231–2424

Fax: 631–435–4757  
Email: Patricia.Hingerton@ag.ny.gov  
*ATTORNEY TO BE NOTICED*

**Robert Edward Morelli**  
Office of the New York State Attorney General  
300 Motor Parkway, Suite 230  
Hauppauge, NY 11788  
631–231–2179  
Fax: 631–435–4757  
Email: robert.morelli@ag.ny.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2022 | 1 | COMPLAINT *for Declaratory and Injunctive Relief* against Eric Bowen, Jane Does 1–5, John Does 1–5, Rodney Harrison, Michael Komorowski, Suffolk County New York, William Scrima, William Walsh filing fee $ 402, receipt number ANYEDC–15843215 Was the Disclosure Statement on Civil Cover Sheet completed –Yes,, filed by Shane Mashkow, John Mougios, Zachary Giambalvo, Kevin McLaughlin, Michael McGregor. (Attachments: # 1 Exhibit NYSP Email, # 2 Exhibit SCPD Screenshot Forms, # 3 Exhibit SCPD Guidebook to Pistol Licensing, # 4 Proposed Summons, # 5 Civil Cover Sheet) (Bellantoni, Amy) (Entered: 08/15/2022) |
| 08/15/2022 | 2 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (Landow, Concetta) (Entered: 08/15/2022) |
| 08/15/2022 |   | Case Assigned to Judge Gary R. Brown and Magistrate Judge Steven Tiscione. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Landow, Concetta) (Entered: 08/15/2022) |
| 08/15/2022 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Landow, Concetta) (Entered: 08/15/2022) |
| 08/15/2022 |   | Your proposed summons was not issued for one of the following reasons: **The name on the summons does not match the name as it appears on the complaint. If the caption does not fit on the summons, then you must attached a rider.** <br><br>Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (Landow, Concetta) (Entered: 08/15/2022) |
| 08/22/2022 | 4 | Proposed Summons. Re 1 Complaint,, Quality Control Check – Summons, by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, John Mougios (Bellantoni, Amy) (Entered: 08/22/2022) |
| 08/23/2022 | 5 | Summons Issued as to Eric Bowen, Rodney Harrison, Michael Komorowski, Suffolk County New York, William Scrima, William Walsh. (Cubano, Jazmin) (Entered: 08/23/2022) |
| 09/28/2022 | 6 | SCHEDULING ORDER: An initial conference will be held at 11:00 a.m. on December 19, 2022 before the undersigned by phone. Counsel for all parties must participate and shall connect to the conference through dial–in number 888–557–8511 with access code 3152145. The attached Discovery Plan Worksheet is to be completed by counsel and electronically filed with the Court by December 15, 2022. |

| | | |
|---|---|---|
| | | **THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**<br><br>So Ordered by Magistrate Judge Steven Tiscione on 9/28/2022. (Vasquez, Lea) (Vasquez, Lea). (Entered: 09/28/2022) |
| 10/06/2022 | | ORDER. Upon review of the complaint herein, to ensure full compliance with appropriate procedures, plaintiffs' counsel is hereby directed to advise the Court as to whether it has complied with the requisites of Rule 5.1. Assuming such compliance is appropriate, counsel is directed to submit a proposed certification as required by 28 USC Sec. 2403 within one week of the date of this Order. Ordered by Judge Gary R. Brown on 10/6/2022. (Brown, Gary) (Entered: 10/06/2022) |
| 10/07/2022 | 7 | Letter *in response to Court Order dated October 6, 2022* by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, John Mougios (Bellantoni, Amy) (Entered: 10/07/2022) |
| 10/28/2022 | 8 | AMENDED COMPLAINT against Eric Bowen, Jane Does 1–5, John Does 1–5, Rodney Harrison, Michael Komorowski, Suffolk County New York, William Scrima, William Walsh, Thomas Carpenter, filed by Shane Mashkow, John Mougios, Zachary Giambalvo, Kevin McLaughlin, Michael McGregor, Frank Melloni, Renaissance Firearms Instruction, Inc.. (Bellantoni, Amy) (Entered: 10/28/2022) |
| 10/28/2022 | 9 | Proposed Summons. Re 8 Amended Complaint, by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, Frank Melloni, John Mougios, Renaissance Firearms Instruction, Inc. (Attachments: # 1 Proposed Summons Rider to Proposed Summons) (Bellantoni, Amy) (Entered: 10/28/2022) |
| 10/28/2022 | 10 | Letter MOTION to Amend/Correct/Supplement 9 Proposed Summons/Civil Cover Sheet, 8 Amended Complaint, by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, Frank Melloni, John Mougios, Renaissance Firearms Instruction, Inc.. (Bellantoni, Amy) (Entered: 10/28/2022) |
| 11/02/2022 | | ORDER re 10 Motion to Amend/Correct/Supplement. The motion to amend the caption of the First Amended Complaint is denied with leave to renew before the assigned Magistrate Judge in accordance with the assigned Magistrate Judge's individual rules. See II.e.1.b. Ordered by Judge Gary R. Brown on 11/2/2022. c/ecf (LJ) (Entered: 11/02/2022) |
| 11/07/2022 | 11 | MOTION to Amend/Correct/Supplement 9 Proposed Summons/Civil Cover Sheet, 8 Amended Complaint, *to correct the caption of the First Amended Complaint* by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, Frank Melloni, John Mougios, Renaissance Firearms Instruction, Inc.. (Bellantoni, Amy) (Entered: 11/07/2022) |
| 11/16/2022 | | ORDER granting 11 Motion to Amend the caption of the FAC to include ActingSuperintendent of the New York State Police Steven Nigrelli in his official capacity. So Ordered by Magistrate Judge Steven Tiscione on 11/16/2022. (LV) (Entered: 11/16/2022) |
| 11/16/2022 | 12 | Summons Issued as to Eric Bowen, Thomas Carpenter, Rodney Harrison, Michael Komorowski, Suffolk County New York, William Scrima, William Walsh. (JC) (Entered: 11/16/2022) |
| 11/17/2022 | 13 | AMENDED COMPLAINT *(with corrected caption)* against Eric Bowen, Thomas Carpenter, Jane Does 1–5, John Does 1–5, Rodney Harrison, Michael Komorowski, Suffolk County New York, Steven Nigrelli, William Scrima, William Walsh, filed by John Mougios, Renaissance Firearms Instruction, Inc., Zachary Giambalvo, Frank Melloni, Shane Mashkow, Kevin McLaughlin, Michael McGregor. (Attachments: # 1 Proposed Summons) (Bellantoni, Amy) (Entered: 11/17/2022) |
| 11/18/2022 | | Your proposed summons was not issued for one of the following reasons: **The name on the summons does not match the name as it appears on the complaint.** |

|  |  | Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (GO) (Entered: 11/18/2022) |
|---|---|---|
| 11/18/2022 | 14 | Proposed Summons. Re Quality Control Check – Summons, 13 Amended Complaint, by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, Frank Melloni, John Mougios, Renaissance Firearms Instruction, Inc. (Bellantoni, Amy) (Entered: 11/18/2022) |
| 11/21/2022 | 15 | Summons Issued as to Eric Bowen, Thomas Carpenter, Rodney Harrison, Michael Komorowski, Suffolk County New York, Steven Nigrelli, William Scrima, William Walsh. (JC) (Entered: 11/21/2022) |
| 12/02/2022 | 16 | SUMMONS Returned Executed by John Mougios, Renaissance Firearms Instruction, Inc., Zachary Giambalvo, Frank Melloni, Shane Mashkow, Kevin McLaughlin, Michael McGregor. Steven Nigrelli served on 11/22/2022, answer due 12/13/2022. (Bellantoni, Amy) (Entered: 12/02/2022) |
| 12/07/2022 | 17 | SUMMONS Returned Executed by John Mougios, Renaissance Firearms Instruction, Inc., Zachary Giambalvo, Frank Melloni, Shane Mashkow, Kevin McLaughlin, Michael McGregor. Suffolk County New York served on 11/23/2022, answer due 12/14/2022. (Bellantoni, Amy) (Entered: 12/07/2022) |
| 12/07/2022 | 18 | SUMMONS Returned Executed by John Mougios, Renaissance Firearms Instruction, Inc., Zachary Giambalvo, Frank Melloni, Shane Mashkow, Kevin McLaughlin, Michael McGregor. Rodney Harrison served on 11/23/2022, answer due 12/14/2022. (Bellantoni, Amy) (Entered: 12/07/2022) |
| 12/07/2022 | 19 | SUMMONS Returned Executed by John Mougios, Renaissance Firearms Instruction, Inc., Zachary Giambalvo, Frank Melloni, Shane Mashkow, Kevin McLaughlin, Michael McGregor. Eric Bowen served on 11/23/2022, answer due 12/14/2022. (Bellantoni, Amy) (Entered: 12/07/2022) |
| 12/07/2022 | 20 | SUMMONS Returned Executed by John Mougios, Renaissance Firearms Instruction, Inc., Zachary Giambalvo, Frank Melloni, Shane Mashkow, Kevin McLaughlin, Michael McGregor. Michael Komorowski served on 11/23/2022, answer due 12/14/2022. (Bellantoni, Amy) (Entered: 12/07/2022) |
| 12/07/2022 | 21 | SUMMONS Returned Executed by John Mougios, Renaissance Firearms Instruction, Inc., Zachary Giambalvo, Frank Melloni, Shane Mashkow, Kevin McLaughlin, Michael McGregor. Thomas Carpenter served on 11/23/2022, answer due 12/14/2022. (Bellantoni, Amy) (Entered: 12/07/2022) |
| 12/07/2022 | 22 | SUMMONS Returned Executed by John Mougios, Renaissance Firearms Instruction, Inc., Zachary Giambalvo, Frank Melloni, Shane Mashkow, Kevin McLaughlin, Michael McGregor. William Scrima served on 11/28/2022, answer due 12/19/2022. (Bellantoni, Amy) (Entered: 12/07/2022) |
| 12/07/2022 | 23 | SUMMONS Returned Executed by John Mougios, Renaissance Firearms Instruction, Inc., Zachary Giambalvo, Frank Melloni, Shane Mashkow, Kevin McLaughlin, Michael McGregor. William Walsh served on 11/23/2022, answer due 12/14/2022. (Bellantoni, Amy) (Entered: 12/07/2022) |
| 12/09/2022 | 24 | NOTICE of Appearance by Patricia M. Hingerton on behalf of Steven Nigrelli (aty to be noticed) (Hingerton, Patricia) (Entered: 12/09/2022) |
| 12/09/2022 | 25 | MOTION for pre motion conference re 13 Amended Complaint, *seeking dismissal* by Steven Nigrelli. (Hingerton, Patricia) (Entered: 12/09/2022) |
| 12/10/2022 | 26 | NOTICE of Appearance by Robert Edward Morelli on behalf of Steven Nigrelli (aty to be noticed) (Morelli, Robert) (Entered: 12/10/2022) |
| 12/11/2022 | 27 | MOTION for Order to Show Cause by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, Frank Melloni, John Mougios, Renaissance Firearms Instruction, Inc.. (Attachments: # 1 Declaration of Amy L. Bellantoni Pursuant to Local Rule 6.1(d), # 2 Declaration of Amy L. Bellantoni In Support, # 3 Exhibit NYSP Email, # 4 Exhibit Suffolk County Licensing Instructions and Forms, # 5 Exhibit Sullivan County Pistol Licensing, # 6 Exhibit Chautaqua County Pistol Licensing, # 7 Exhibit Erie County Pistol Licensing, # 8 Declaration of Zachary Giambalvo, # 9 |

| | | |
|---|---|---|
| | | Declaration of John Mougios, # 10 Declaration of Shane Mashkow, # 11 Declaration of Kevin McLaughlin, # 12 Declaration of Michael McGregor, # 13 Declaration of Frank Melloni and RFI, # 14 Memorandum in Support) (Bellantoni, Amy) (Entered: 12/12/2022) |
| 12/12/2022 | 28 | MOTION to Adjourn Conference *on consent* by Steven Nigrelli. (Hingerton, Patricia) (Entered: 12/12/2022) |
| 12/12/2022 | | ORDER granting 28 Motion to Adjourn Conference: The initial conference scheduled for December 19th is adjourned without date. Counsel shall request that the initial conference be reset if the case survives the anticipated motion to dismiss. So Ordered by Magistrate Judge Steven Tiscione on 12/12/2022. (LV) (Entered: 12/12/2022) |
| 12/12/2022 | | ORDER re 27 MOTION for Order to Show Cause filed by Frank Melloni, Michael McGregor, John Mougios, Zachary Giambalvo, Kevin McLaughlin, Shane Mashkow, Renaissance Firearms Instruction, Inc., 25 MOTION for pre motion conference re 13 Amended Complaint, *seeking dismissal* filed by Steven Nigrelli<br><br>Plaintiffs are directed to respond to the motion for pre motion conference, re DE 13, Amended Complaint, seeking dismissal by Steven Nigrelli, Acting Superintendent of N.Y. State Police, DE 25, by 12/19/2022.<br><br>Defendants are directed to respond to the motion for Order to Show Cause filed by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, Frank Melloni, John Mougios, Renaissance Firearms Instruction, Inc.. (Attachments: # 1 Declaration of Amy L. Bellantoni Pursuant to Local Rule 6.1(d), # 2 Declaration of Amy L. Bellantoni In Support, # 3 Exhibit NYSP Email, # 4 Exhibit Suffolk County Licensing Instructions and Forms, # 5 Exhibit Sullivan County Pistol Licensing, # 6 Exhibit Chautaqua County Pistol Lice nsing, # 7 Exhibit Erie County Pistol Licensing, # 8 Declaration of Zachary Giambalvo, # 9 Declaration of John Mougios, # 10 Declaration of Shane Mashkow, # 11 Declaration of Kevin McLaughlin, # 12 Declaration of Michael McGregor, # 13 Declaration of Frank Melloni and RFI, # 14 Memorandum in Support), DE 27, by 12/19/2022.<br><br>Ordered by Judge Gary R. Brown on 12/12/2022. (LJ) (Entered: 12/12/2022) |
| 12/13/2022 | 29 | MOTION to Stay re Order,,,,, *or alternatively, for an extension of time to respond to the preliminary injunction motion and for additional pages* by Steven Nigrelli. (Hingerton, Patricia) (Entered: 12/13/2022) |
| 12/13/2022 | 30 | ANSWER to 13 Amended Complaint, by Eric Bowen, Thomas Carpenter, Rodney Harrison, Michael Komorowski, Suffolk County New York, William Scrima, William Walsh. (Zwilling, Arlene) (Entered: 12/13/2022) |
| 12/14/2022 | 31 | RESPONSE to Motion re 29 MOTION to Stay re Order,,,,, *or alternatively, for an extension of time to respond to the preliminary injunction motion and for additional pages* , RESPONSE in Opposition re 29 MOTION to Stay re Order,,,,, *or alternatively, for an extension of time to respond to the preliminary injunction motion and for additional pages* filed by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, Frank Melloni, John Mougios, Renaissance Firearms Instruction, Inc.. (Attachments: # 1 Exhibit Notice to Suffolk County) (Bellantoni, Amy) (Entered: 12/14/2022) |
| 12/14/2022 | | ORDER re 29 Motion to Stay and 31 Response.<br><br>Defendant Steven Nigrelli's, sued in his official capacity as Acting Superintendent of New York State Police, request for an extension of the deadline to respond to plaintiffs' motion for a preliminary injunction to January 6, 2023 as well as the request for a 10–page extension of the Court's page limit for memoranda of law are hereby GRANTED.<br><br>The same deadline extension to respond to plaintiffs' motion for a preliminary injunction shall apply to the Suffolk County Defendants.<br><br>Plaintiffs' application for an additional five pages to respond to the New York State's arguments in their Reply brief is granted. |

|  |  |  |
|---|---|---|
|  |  | The application by defendant Steven Nigrelli, sued in his official capacity as Acting Superintendent of New York State Police, that seeks a stay of that portion of the preliminary injunction motion which raises a constitutional challenge to the Concealed Carry Improvement Act is DEFERRED pending further resolution of this matter.<br><br>Ordered by Judge Gary R. Brown on 12/14/2022. (LJ) (Entered: 12/14/2022) |
| 12/16/2022 |  | December 19th initial conference is canceled. So Ordered by Magistrate Judge Steven Tiscione on 12/16/2022. (LV) (Entered: 12/16/2022) |
| 12/19/2022 | 32 | RESPONSE in Opposition re 25 MOTION for pre motion conference re 13 Amended Complaint, *seeking dismissal* filed by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, Frank Melloni, John Mougios, Renaissance Firearms Instruction, Inc.. (Attachments: # 1 Exhibit PPB–3 Rev. 08/22 and 06/17) (Bellantoni, Amy) (Entered: 12/19/2022) |
| 01/04/2023 | 33 | MOTION for Extension of Time to File Response/Reply as to 27 MOTION for Order to Show Cause by Eric Bowen, Thomas Carpenter, Rodney Harrison, Michael Komorowski, Suffolk County New York, William Scrima, William Walsh. (Zwilling, Arlene) (Entered: 01/04/2023) |
| 01/06/2023 |  | ORDER granting 33 Motion for Extension of Time to File Response/Reply re 33 MOTION for Extension of Time to File Response/Reply as to 27 MOTION for Order to Show Cause . Application granted. Ordered by Judge Gary R. Brown on 1/6/2023. (LJ) (Entered: 01/06/2023) |
| 01/20/2023 | 34 | RESPONSE in Opposition re 27 MOTION for Order to Show Cause –*State Defendant's Memorandum of Law in Opposition to Preliminary Injunction* filed by Steven Nigrelli. (Attachments: # 1 Declaration of Patricia Hingerton in Opposition to Preliminary Injunction, # 2 Ex. 01– Laws and Liberties of Massachusetts, # 3 Ex. 02– Pennsylvania Law 1763, # 4 Ex. 03– Virginia 1756, # 5 Ex. 04– Records of Massachusetts Bay Vol 1 211–212, # 6 Ex. 05– England 1662, # 7 Ex. 06– 1775–76 Massachusetts Acts & Laws 31, # 8 Ex. 07– 1776–77 Pennsylvania Laws 61, # 9 Ex. 08– Maryland 1777, # 10 Ex. 09– North Carolina 1777, # 11 Ex. 10– Virginia 1777, # 12 Ex. 11– Journals of Provincial Congress p.389, # 13 Ex. 12– New York – 1786 Militia Law, # 14 Ex. 13– New York – 1780 Militia Law, # 15 Ex. 14– New York 1782 Militia Law, # 16 Ex. 15– New Jersey 1806 Militia Law, # 17 Ex. 16– Pennsylvania 1822 Militia Law, # 18 Ex. 17– Federal 1892, # 19 Ex. 18– NYC 1881 Ordinances of the City of New York, # 20 Ex. 19– 1878 NYC Proceedings, # 21 Ex. 20– Liber Albus, # 22 Ex. 21– Hawkins Treatise of the Pleas of the Crown 1716 Vol 1, # 23 Ex. 22– Brooklyn, # 24 Ex. 23– Buffalo, # 25 Ex. 24– Elmira, # 26 Ex. 25– Syracuse 1894, # 27 Ex. 26– Troy, # 28 Ex. 27– Lockport, # 29 Ex. 28– Albany, # 30 Ex. 29– NY 1780 Session Laws, # 31 Ex. 30– Omaha Stat, # 32 Ex. 31– Federal 1792, # 33 Ex. 32– New Jersey 1806 Militia Law, # 34 Ex. 33– Virginia 1785 Militia Law, # 35 Ex. 34– Corbett preliminary injunction decision) (Hingerton, Patricia) (Entered: 01/20/2023) |
| 01/20/2023 | 35 | REPLY in Opposition re 27 MOTION for Order to Show Cause filed by Eric Bowen, Thomas Carpenter, Rodney Harrison, Michael Komorowski, Suffolk County New York, William Scrima, William Walsh. (Attachments: # 1 Exhibit Ex A Giambalvo Pistol License Applicant, # 2 Exhibit Ex B Mougios Pistol License Applicant, # 3 Exhibit Ex C Mashkow Pistol License Applicant, # 4 Exhibit EX D McLauglin Pistol License Applicant, # 5 Exhibit EX E McGregor Pistol License Applicant, # 6 Declaration Komorowski, # 7 Memorandum in Opposition Memorandum of Law in Opposition) (Skorupa, Stacy) (Entered: 01/20/2023) |
| 01/25/2023 |  | ORDER re 35 1 – Sealed Document CV, Reply in Opposition,, filed by William Scrima, Eric Bowen, Rodney Harrison, Suffolk County New York, Thomas Carpenter, William Walsh, Michael Komorowski, 34 Response in Opposition to Motion filed by Steven Nigrelli<br><br>Plaintiffs' reply, if any, to the respective defendants' opposition papers must be filed (with courtesy copies delivered to the Courthouse) by close of business January 30, 2023.<br><br>Ordered by Judge Gary R. Brown on 1/25/2023. (LJ) (Entered: 01/25/2023) |

| | | |
|---|---|---|
| 01/26/2023 | 36 | MOTION for Leave to File Excess Pages *(2 extra pages) for Plaintiffs' Reply to the State and Suffolk County* by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, Frank Melloni, John Mougios, Renaissance Firearms Instruction, Inc.. (Bellantoni, Amy) (Entered: 01/26/2023) |
| 01/27/2023 | | ORDER granting 36 Motion for Leave to File Excess Pages. Application granted. Ordered by Judge Gary R. Brown on 1/27/2023. (LJ) (Entered: 01/27/2023) |
| 01/27/2023 | 37 | REPLY in Support re 27 MOTION for Order to Show Cause , 35 1 – Sealed Document CV,,, Reply in Opposition,, 34 Response in Opposition to Motion,,,,,, Order,,,,, filed by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, Frank Melloni, John Mougios, Renaissance Firearms Instruction, Inc.. (Bellantoni, Amy) (Entered: 01/27/2023) |
| 01/27/2023 | 38 | AFFIDAVIT/DECLARATION in Support re 27 MOTION for Order to Show Cause filed by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, Frank Melloni, John Mougios, Renaissance Firearms Instruction, Inc.. (Attachments: # 1 Exhibit 1 Komorowski Affidavit and Suffolk County Memo of Law, # 2 Exhibit 2 Mark W. Smith, "Not All History is Created Equal") (Bellantoni, Amy) (Entered: 01/27/2023) |
| 01/27/2023 | 39 | AFFIDAVIT/DECLARATION in Support re 27 MOTION for Order to Show Cause filed by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, Frank Melloni, John Mougios, Renaissance Firearms Instruction, Inc.. (Bellantoni, Amy) (Entered: 01/27/2023) |
| 02/14/2023 | 40 | MEMORANDUM & ORDER denying 27 Motion for Order to Show Cause: Based on the foregoing, plaintiffs have failed to meet the exacting standard for the issuance of a preliminary injunction, such that their motion must be denied. As noted, defendants have filed a pre–motion application seeking to move for dismissal. The parties are to meet and confer and provide the Court with a full briefing schedule in 60 days. Defendants time to file answers or otherwise move are adjourned pending resolution of said motion. SEE ATTACHED ORDER FOR FURTHER DETAILS. So Ordered by Judge Gary R. Brown on 2/14/2023. (JC) (Entered: 02/14/2023) |
| 02/16/2023 | 41 | NOTICE OF INTERLOCUTORY APPEAL as to 40 Order on Motion for Order to Show Cause,, by Zachary Giambalvo, Shane Mashkow, Michael McGregor, Kevin McLaughlin, Frank Melloni, John Mougios, Renaissance Firearms Instruction, Inc.. Filing fee $ 505, receipt number ANYEDC–16415038. (Bellantoni, Amy) (Entered: 02/16/2023) |
| 02/16/2023 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 41 Notice of Interlocutory Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (DC) (Entered: 02/16/2023) |