## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Giambalvo v. Suffolk County, New York     Docket No.: 23-208

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sarah Coco

Firm: New York State Office of the Attorney General

Address: 28 Liberty Street, New York, NY 10005

Telephone: 212-416-6312      Fax: 212-416-8962

E-mail: sarah.coco@ag.ny.gov

Appearance for: Defendant-Appellee Nigrelli
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Ester Murdukhayeva, NYS Office of the Attorney General )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Sarah Coco

Type or Print Name: Sarah Coco