# 23-208

IN THE

# United States Court of Appeals

### FOR THE SECOND CIRCUIT

❖

ZACHARY GIAMBALVO, JOHN MOUGIOS, SHANE MASHKOW, KEVIN MCLAUGHLIN, MICHAEL MCGREGOR, FRANK MELLONI, RENAISSANCE FIREARMS INSTRUCTION, INC., and all similarly situated individuals,

*Plaintiffs-Appellants,*

—against—

SUFFOLK COUNTY, NEW YORK, POLICE COMMISSIONER RODNEY HARRISON, in his Official Capacity, MICHAEL KOMOROWSKI, Individually, ERIC BOWEN, Individually, WILLIAM SCRIMA, Individually, WILLIAM WALSH, Individually, THOMAS CARPENTER, Individually, SUPERINTENDENT STEVEN NIGRELLI, Acting Superintendent of the New York State Police, in his Official Capacity,

*Defendants-Appellees,*

JOHN DOES 1-5, Individually, JANE DOES 1-5, Individually,

*Defendants.*

———

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**DEFENDANTS-APPELLEES SUFFOLK COUNTY, NEW YORK, POLICE COMMISSIONER RODNEY HARRISON, MICHAEL KOMOROWKI, ERIC BOWEN, WILLIAM SCRIMA, WILLIAM WALSH, AND THOMAS CARPENTER'S OPPOSITION TO MOTION FOR EXPEDITED APPEAL**

DENNIS M. COHEN
  *Suffolk County Attorney*
SUFFOLK COUNTY
  ATTORNEY'S OFFICE
H. Lee Dennison Building
100 Veterans Memorial Highway
PO Box 6100
Hauppauge, New York 11788
(631) 853-4049

*By:* ARLENE S. ZWILLING

*Attorneys for Suffolk County
  Defendants-Appellees*

## PRELIMINARY STATEMENT

Defendants-appellees the County of Suffolk, Suffolk County Police Commissioner Rodney Harrison (in his official capacity), Michael Komorowski, Eric Bowen, William Scrima, William Walsh and Thomas Carpenter, submit this memorandum of law in opposition to plaintiffs-appellants' motion to place their appeal on this Court's Expedited Appeals Calendar ("XAC"). The appeal is from the Memorandum and Order of the United States District Court for the Eastern District of New York, the Hon. Gary R. Brown presiding, dated February 14, 2023, which denied appellants' motion for a preliminary injunction.

## THE APPEAL SHOULD NOT BE PLACED ON THE XAC

Pursuant to Local Rule 31.2 (b), this Court maintains an Expedited Appeals Calendar ("XAC") for counseled appeals from threshold dismissals "*solely* for (A) lack of subject matter jurisdiction under Fed. R. Civ. P. Rule 12 (b) (1) [or] B) failure to state a claim upon which relief may be granted under Fed. R. Civ. P. Rule 12 (b) (6)…" (emphasis added).

The present appeal is not from a dismissal of an action. In fact, the Memorandum and Order appealed from explicitly acknowledges that a pre-application seeking permission to move for dismissal has been filed, and that the

1

parties are to provide the Court with a briefing schedule for the dismissal motion on or before April 13, 2023. 2023 WL 2050803, at *9 (Feb. 14, 2023).

Since Local Rule 31.2 (b) does not provide for an appeal to be placed on the XAC if it is not from a Rule 12 (b) (1) or 12 (b) (6) dismissal, there is no basis for placing this appeal on the XAC.

## CONCLUSION

Appellants' motion to place their appeal on the Expedited Appeals Calendar should be denied.

Dated: Hauppauge, New York
March 10, 2023

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney
Attorney for Defendants-Appellees
100 Veterans Memorial Highway
Hauppauge, NY 11788

By: */s/ Arlene S. Zwilling*
Arlene S. Zwilling
Assistant County Attorney