E.D.N.Y.
22-cv-4778
Brown, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand twenty-three.

Present:
>	Richard C. Wesley,
>	Michael H. Park,
>	Beth Robinson,
>		*Circuit Judges*.

---

Zachary Giambalvo, et al.,

            *Plaintiffs-Appellants*,

    v.                                          23-208

Suffolk County, N.Y., et al.,

            *Defendants-Appellees*,

John Does 1-5, Individually, et al.,

            *Defendants.*

---

Appellants move for an injunction pending appeal of the district court's order dated February 14, 2023, denying their motion for a preliminary injunction (E.D.N.Y. 22-cv-4778, doc. 40). Appellants seek to enjoin Suffolk County's "lengthy [handgun] licensing delays and the implementation of a 30-day licensing requirement," and ask the Court to enjoin Suffolk County's alleged policy of "subjecting unlicensed individuals who engage in the state-required concealed carry handgun training to arrest and incarceration even though the [New York] Penal Law allows for an exemption for such training." 2d Cir. 23-208, doc. 12 at 1. Having weighed the applicable factors, *see In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007); *Agudath Israel of Am. v. Cuomo,* 979 F.3d 177, 180 (2d Cir. 2020), we conclude that an injunction pending appeal is not warranted. Accordingly, upon due consideration, it is hereby ORDERED that the motion for an injunction pending appeal (2d Cir. 23-208, doc. 12) is DENIED.

Appellants' motion to expedite the resolution of this appeal (2d Cir. 23-208, doc. 17) is GRANTED. Appellants shall file their brief within 35 days of the date of this order. Appellees shall file their brief within 35 days of the filing of Appellants' brief. Appellants may file a reply within 14 days of the filing of Appellees' brief.

Appellants' motion to file exhibits of digital recordings (2d Cir. 23-208, doc. 21) is GRANTED with respect to the Giambalvo recording and DENIED with respect to the Terrusa recording. *See Loria v. Gorman*, 306 F.3d 1271, 1280 n.2 (2d Cir. 2002) ("Ordinarily, material not included in the record on appeal will not be considered.").

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court