**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: April 25, 2023<br>Docket #: 23-208cv<br>Short Title: Giambalvo v. New York | DC Docket #: 22-cv-4778<br>DC Court: EDNY (CENTRAL ISLIP)<br>DC Judge: Brown<br>DC Judge: Tiscione |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8539.