# **CERTIFICATE OF SERVICE**

I hereby certify that I caused one copy of the foregoing Appendix [Filed Under Seal] to be served on counsel for Defendants-Appellees via Regular First Class Mail:

Arlene S. Zwilling,
Assistant District Attorney
Suffolk County Department of Law
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, NY 11788
631-853-4055

Sarah Coco
Ester Murdukhayeva
New York State
  Office of the Attorney General
28 Liberty Street
New York, NY 10005
212-416-8020

Glenn Green
Suffolk County District Attorney's Office
Appeals & Training Bureau
Arthur M. Cromarty Court Complex
200 Center Drive
Riverhead, NY 11901
631-852-2469

Seven hard copies of the foregoing Appendix [Filed Under Seal] were sent to the Clerk's Office by hand delivery to:

Clerk of Court
United States Court of Appeals, Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007
(212) 857-8500

on this 28th day of April 2023.

/s/ Samantha Collins
Samantha Collins