# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of June, two thousand twenty-three.

_____

Zachary Giambalvo, John Mougios, Shane Mashkow, Kevin McLaughlin, Michael McGregor, Frank Melloni, Renaissance Firearms Instruction, Inc., and all similarly situated individuals,

    Plaintiffs - Appellants,

v.

Suffolk County, New York, Police Commissioner Rodney Harrison, in his Official Capacity, Michael Komorowski, Individually, Eric Bowen, Individually, William Scrima, Individually, William Walsh, Individually, Thomas Carpenter, Individually, Superintendent Steven Nigrelli, Acting Superintendent of the New York State Police, in his Official Capacity,

    Defendants - Appellees,

John Does 1-5, Individually, Jane Does 1-5, Individually,

    Defendants.

**ORDER**

Docket No. 23-208

_____

The New York State Attorney General moves to intervene in this appeal.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court