

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

June 21, 2023

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

    Re:    *Giambalvo v. New York*, No. 23-208

Dear Ms. Wolfe:

    I represent intervenor-appellee the New York State Attorney General in this appeal. On June 5, 2023, I filed a statement requesting oral argument under Second Circuit Local Rule 34.1(a) (*see* ECF No. 83). On June 13, 2023, this case was proposed for argument for the week of September 18, 2023 (*see* ECF No. 91).

    I will be returning to work from my wedding and honeymoon after a two week absence on September 13, 2023. To allow myself adequate time to prepare for argument in this case after returning, and with apologies for any inconvenience, I respectfully request that this case be calendared for argument the following week of September 25, 2023, or any time thereafter. Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          /s/ Sarah Coco

                                          Sarah Coco
                                          Assistant Solicitor General
                                          (212) 416-6312

cc:    Amy L. Bellantoni, Esq.
        Arlene S. Zwilling (via ECF)