UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of July, two thousand twenty three,

_____

| | |
|---|---|
| Zachary Giambalvo, John Mougios, Shane Mashkow, Kevin McLaughlin, Michael McGregor, Frank Melloni, Renaissance Firearms Instruction, Inc., and all similarly situated individuals, | **ORDER** <br> Docket No. 23-208 |

    Plaintiffs - Appellants,

v.

Suffolk County, New York, Police Commissioner Rodney Harrison, in his Official Capacity, Michael Komorowski, Individually, Eric Bowen, Individually, William Scrima, Individually, William Walsh, Individually, Thomas Carpenter, Individually, Superintendent Steven Nigrelli, Acting Superintendent of the New York State Police, in his Official Capacity,

    Defendants - Appellees,

John Does 1-5, Individually, Jane Does 1-5, Individually,

    Defendants.
_____

    Movant New York State Attorney General moves for leave to intervene.

    IT IS HEREBY ORDERED that the motion is GRANTED.

> For The Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

