**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: September 18, 2023<br>Docket #: 23-208cv<br>Short Title: Giambalvo v. New York | DC Docket #: 22-cv-4778<br>DC Court: EDNY (CENTRAL ISLIP)<br>DC Judge: Brown<br>DC Judge: Tiscione |

### INSTRUCTIONS FOR COUNSEL AND PRO SE LITIGANTS WHO WILL APPEAR IN PERSON FOR ARGUMENT

**Argument Date/Time:** Wednesday, September 27, 2023 at 10:00am
**Location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, 17th Floor, Room 1703

**Time Allotment:**

| | |
|---|---|
| Zachary Giambalvo, John Mougios, et al | 10 mins |
| Suffolk County, New York, et al | 5 mins |
| New York State Attorney General | 5 mins |

Counsel and pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

Individuals who arrive at the courthouse for argument must meet the health screening requirements and entrance protocols specified at the entrance to the building and should check the Court's website under Announcements for up to date information.

Upon registering with the courtroom deputy, the persons arguing the first case may take seats at the lectern. The persons arguing the second case may take seats in the courtroom gallery. Those arguing subsequent cases may take seats in the lawyers' anteroom. The tables typically set aside for those who argue must remain unoccupied.

The Court will continue to offer a livestream audio of the oral arguments.

All parties are advised that the Court may change the procedures for participating in oral argument on short notice based upon updated public health information. Similarly, in deference to pandemic-related considerations, a hybrid argument may be held, combining in-person and remote participation by judges and parties.