**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**                                                                       **DEPARTMENT OF LAW**
**ACTING COUNTY ATTORNEY**

September 26, 2023

Catherine O'Hagen Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Giambalvo v. Suffolk County*
Docket No. 23-208

Dear Ms. Wolfe:

The Suffolk County Attorney's Office represents the Suffolk County defendants-appellees in this appeal scheduled for argument tomorrow, September 27, 2023. The appeal is from the Memorandum of Decision and Order of the United States District Court for the Eastern District of New York dated February 14, 2023 denying plaintiffs-appellants' motion for a preliminary injunction against certain aspects of defendants-appellees' requirements for obtaining pistol licenses. We submit this letter to apprise the Court of relevant developments since the submission of the briefs.

This office has been advised by our clients that two of the plaintiffs-appellants, Shane Mashkow and Kevin McLaughlin, have now received "dwelling" pistol licenses. Mashkow and McLaughlin, as well as plaintiff-appellant Michael McGregor who already had a "dwelling" license, may now proceed to amend their licenses to "carry" licenses upon taking the training course required by New York State law. Suffolk County is not arresting dwelling pistol license holders for taking the course.

Plaintiff-appellant John Mougious has been disapproved for a pistol license. Plaintiff-appellant Zachary Giambalvo has yet to submit to the Suffolk County Police Department documentation that prior criminal charges against him were dismissed.

**LOCATION**                              **MAILING ADDRESS**
**H. LEE DENNISON BLDG.**              **P.O. BOX 6100**                                       **(631) 853-4049**
**100 VETERANS MEMORIAL HIGHWAY**   ♦   **HAUPPAUGE, NY 11788-0099**   ♦   **TELECOPIER (631) 853-5169**

Respectfully, Suffolk County defendants-appellees ask that the Memorandum of Decision and Order appealed from be affirmed.

Respectfully submitted,

Dennis M. Brown
Acting Suffolk County Attorney

*/s/ Arlene S. Zwilling*
Arlene S. Zwilling
Assistant County Attorney