# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December, two thousand twenty-two.

Present:
        BARRINGTON D. PARKER,
        JOSEPH F. BIANCO,
            *Circuit Judges*,
        JED S. RAKOFF,
            *District Judge.*[*]

---

Zachary Giambalvo, John Mougios, Shane Mashkow, Kevin McLaughlin, Michael McGregor, Frank Melloni, Renaissance Firearms Instruction, Inc., and all similarly situated individuals,

            *Plaintiffs-Appellants*,           **ORDER**

    v.                                                               23-208-cv

Suffolk County, New York, Police Commissioner Rodney Harrison, in his Official Capacity, Michael Komorowski, Individually, Eric Bowen, Individually, William Scrima, Individually, William Walsh, Individually, Thomas Carpenter, Individually, Superintendent Steven Nigrelli, Acting Superintendent of the New York State Police, in his Official Capacity,

            *Defendants-Appellees*,

John Does 1-5, Individually, Jane Does 1-5, Individually,

            *Defendants*.

---

The parties are hereby advised that consideration of this appeal will be held in abeyance pending this Court's issuance of its decision in *Antonyuk v. Hochul*, 22-2908 (2d Cir.). It is

---

[*] Judge Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

ORDERED that, no later than fourteen days after issuance of that decision, each party shall submit to this Court a letter brief, not to exceed fifteen pages double-spaced, addressing the effect, if any, that the *Antonyuk* decision has on this appeal.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*Catherine O'Hagan Wolfe*