UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 23-208

Caption [use short title]

Motion for: Extension of time to file supplemental brief.

Giambalvo v Suffolk County

Set forth below precise, complete statement of relief sought:

Adjournment of post-argument supplemental briefing

date from December 22, 2023 to January 9, 2024.

As this is a concurrent briefing, this motion

is made by Plaintiffs but intended to apply to all parties.

MOVING PARTY: Plaintiff

OPPOSING PARTY: Defendants

[X] Plaintiff [ ] Defendant

[ ] Appellant/Petitioner [ ] Appellee/Respondent

MOVING ATTORNEY: Amy L. Bellantoni

OPPOSING ATTORNEY: Sarah Coco (AG); Arlene Zwilling (Suffolk)

[name of attorney, with firm, address, phone number and e-mail]

The Bellantoni Law Firm

Sarah Coco, NYSAG, 28 Liberty St., NY, NY 10005 (212)416-6312

2 Overhill Rd. Ste. 400 Scarsdale, NY 10583

Sarah.Coco@ag.ny.gov; Arlene Zwilling, Suffolk Cnty. Atty. Office,

H. Lee Dennison Bldg. Hauppauge, NY, Arlene.Zwilling@suffolkcountyny.gov

Court- Judge/ Agency appealed from: EDNY Hon. Gary R. Brown

(631) 853-4055

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes [ ] No (explain):

Opposing counsel's position on motion:
[X] Unopposed [ ] Opposed [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [✔] No [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [X] No

Requested return date and explanation of emergency:
Counsel is out sick with coronavirus and the flu.

Is the oral argument on motion requested? [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [X] Yes [ ] No If yes, enter date: September 27, 2023

Signature of Moving Attorney:

Amy L Bellantoni       Date: 12/21/2023       Service : [X] Electronic [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 23-208-cv

## United States Court of Appeals
### for the
### Second Circuit

◆▶◀◆

ZACHARY GIAMBALVO, JOHN MOUGIOS, SHANE MASHKOW, KEVIN
MCLAUGHLIN, MICHAEL MCGREGOR, FRANK MELLONI,
RENAISSANCE FIREARMS INSTRUCTION, INC., and all similarly situated
individuals,

*Plaintiffs-Appellants,*

v.

SUFFOLK COUNTY, NEW YORK, Police Commissioner RODNEY
HARRISON, in his Official Capacity, MICHAEL KOMOROWSKI, Individually,
ERIC BOWEN, Individually, WILLIAM SCRIMA, Individually, WILLIAM
WALSH, Individually, THOMAS CARPENTER,, Individually, Superintendent
STEVEN NIGRELLI, Acting Superintendent of the New York State Police, in his
Official Capacity,

*Defendants - Appellees,*

JOHN DOES 1-5, Individually, JANE DOES 1-5, Individually,

*Defendants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

## MOTION FOR EXTENSION OF TIME (CONSENT)

**THE BELLANTONI LAW FIRM**
*Attorneys for Plaintiffs-Appellants*
2 Overhill Road, Suite 400
Scarsdale, New York 10583
(914) 367-0090
info@bellantoni-law.com

Counsel for Plaintiffs/Appellants respectfully requests an extension of time to submit the post-argument supplemental briefing ordered by the Panel.

As the submissions were ordered to be made simultaneously, this request is intended to apply to all parties.

This request is made with the consent of all parties.

The scheduled date for submission is December 21, 2023. If the within motion is granted, the submission deadline would be January 9, 2024.

There is good cause for granting the within request. Counsel has been sick with coronavirus and anticipated a return to the office this week. However, while out sick and at home this week, she contracted the flu from a family member. Resultantly, counsel will be unable to meet the deadline imposed by the panel.

Thank you for the Court's consideration.

Dated:  December 21, 2023

_Amy L. Bellantoni_____
Amy L. Bellantoni