# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of December, two thousand twenty-three.

Before:     Joseph F. Bianco,
                *Circuit Judge*,

_____

Zachary Giambalvo, John Mougios, Shane Mashkow, Kevin McLaughlin, Michael McGregor, Frank Melloni, Renaissance Firearms Instruction, Inc., and all similarly situated individuals,

         Plaintiffs - Appellants,

v.

Suffolk County, New York, Police Commissioner Rodney Harrison, in his Official Capacity, Michael Komorowski, Individually, Eric Bowen, Individually, William Scrima, Individually, William Walsh, Individually, Thomas Carpenter, Individually, Superintendent Steven Nigrelli, Acting Superintendent of the New York State Police, in his Official Capacity,

         Defendants – Appellees.

**ORDER**

Docket No. 23-208

_____

      Appellants seek an extension of time to January 9, 2024 to submit post-argument supplemental briefing ordered by the Court.

      It is hereby ORDERED that the extension request is GRANTED. All supplemental briefs are due January 9, 2024.

                                For the Court**:**
                                Catherine O'Hagan Wolfe,
                                Clerk of Court