**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**
**ACTING COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

January 4, 2024

Catherine O'Hagen Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Giambalvo v. Suffolk County*
Docket No. 23-208

Dear Ms. Wolfe:

The Suffolk County Attorney's Office represents the Suffolk County defendants-appellees (collectively, "the County") on this appeal from the Memorandum of Decision and Order of the United States District Court for the Eastern District of New York dated February 14, 2023 denying plaintiffs-appellants' motion for a preliminary injunction. We submit this letter pursuant to the Court's Order of October 2, 2023 which directed each party to submit a letter brief addressing the effect, if any, that *Antonyuk v. Chiumento*, ___ F.4th ___, 2023 WL 8518003 (2d Cir. December 8, 2023) has on the appeal.

Plaintiffs-appellees argued below that they have standing to contest alleged delays in the County's processing of license applications because the purported delays render the application process futile. In *Antonyuk* however, this Court reasoned that the district court had erred in concluding that failure to timely process a license application renders the application process futile. *Antonyuk* at *20. *Antonyuk* clarified that "[f]utility refers to the denial of an application; delays in receiving a decision do not render an application futile." *Id.* Thus, after *Antonyuk*, it is clear that plaintiffs-appellees lack standing to contest the timing of the County's application process.

As the County has not briefed the question of the CCIA's constitutionality, we refrain from commenting upon *Antonyuk's* effect on the statutory regime's validity other than to note that it upheld the "good moral character" and social media disclosure requirements.

**LOCATION**
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY

**MAILING ADDRESS**
P.O. BOX 6100
HAUPPAUGE, N.Y. 11788-0099

(631) 853-4049
TELECOPIER (631) 853-5169

Respectfully, the County asks that the Memorandum of Decision and Order of the United States District Court for the Eastern District of New Yokr appealed from be affirmed.

Respectfully submitted,

Christopher J. Clayton
Acting Suffolk County Attorney

*/s/ Arlene S. Zwilling*
Arlene S. Zwilling
Assistant County Attorney

**LOCATION**
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY

**MAILING ADDRESS**
P.O. BOX 6100
HAUPPAUGE, N.Y. 11788-0099

**(631) 853-4049**
TELECOPIER (631) 853-5169