# COUNTY OF SUFFOLK



**EDWARD P. ROMAINE**
SUFFOLK COUNTY EXECUTIVE

**CHRISTOPHER J. CLAYTON**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

February 22, 2024

Catherine O'Hagen Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Giambalvo v. Suffolk County*
Docket No. 23-208

Dear Ms. Wolfe:

The Suffolk County Attorney's Office represents the Suffolk County defendants-appellees on this appeal from the Memorandum of Decision and Order of the United States District Court for the Eastern District of New York dated February 14, 2023, which denied plaintiffs-appellants' motion for a preliminary injunction. We submit this letter to apprise the Court of recent developments between the parties that bear on the appeal.

In this action, appellants claim that their constitutional rights are being infringed by the County's alleged policies regarding applications for pistol licenses. At the time this appeal was argued, appellant Zachary Giambalvo's application for a pistol license was pending. On January 23, 2024, the application was disapproved. His time to appeal from the disapproval to the Suffolk County Police Department has not yet run.

Respectfully, the County asks that the Memorandum of Decision and Order of the United States District Court for the Eastern District of New York appealed from be affirmed.

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
Arlene S. Zwilling
Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099 ♦

(631) 853-4049
TELECOPIER (631) 853-5169