# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of September, two thousand twenty-five.

Before:     Barrington D. Parker,
            Joseph F. Bianco,
                 *Circuit Judges*,
            Jed S. Rakoff,
                 *District Judge.**

---

Zachary Giambalvo, John Mougios, Shane Mashkow, Kevin McLaughlin, Michael McGregor, Frank Melloni, Renaissance Firearms Instruction, Inc., and all similarly situated individuals,

      Plaintiffs - Appellants,

v.

Suffolk County, New York, Police Commissioner Rodney Harrison, in his Official Capacity, Michael Komorowski, Individually, Eric Bowen, Individually, William Scrima, Individually, William Walsh, Individually, Thomas Carpenter, Individually,

      Defendants - Appellees,

Superintendent Steven G. James, Superintendent of the New York State Police, in his Official Capacity,

      Intervenor - Appellee,

John Does 1-5, Individually, Jane Does 1-5, Individually,

      Defendants.

**JUDGMENT**

Docket No. 23-208

---

*Judge Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

The appeal in the above captioned case from an order of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's decision is AFFIRMED in part and VACATED in part, and the matter is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court